

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **IVANHOE FINANCIAL, INC., a**<br>**Delaware corporation,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 03  C 7336** |
| v. | ) | |
| | ) | **Judge John W. Darrah** |
| **HIGHLAND BANC CORP, an** | ) | **Magistrate Judge Morton Denlow** |
| **Illinois corporation, and WIESLAW** | ) | |
| **DOMARADZKI,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### FINAL JUDGMENT BY CONSENT AGAINST DEFENDANTS
### HIGHLAND BANC CORP. AND WIESLAW DOMARADZKI

THIS MATTER came before the Court upon a Motion for Entry of Judgment of Plaintiff Ivanhoe Financial, Inc. ("Plaintiff") and the Consent (the "Consent") of Defendants Highland Banc Corp and Wieslaw Domaraczki (collectively "Defendants"), to the Entry of a Final Judgment against them as provided for in that certain Settlement Agreement and Release between Defendant and Plaintiff dated as of September 23, 2005, and the Court, after considering the Consent in which Defendants consent to the entry of this Final Judgment, without admitting or denying the allegations of the Complaint except as to the existence of the jurisdiction of this Court over Defendants over the subject matter of this action, and waive the making of any findings of fact and conclusions of law in this Final Judgment, and waive their rights to appeal or otherwise contest the validity of this Final Judgment, and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED AND DECREED** that Defendants shall pay Plaintiff Four Hundred twenty Thousand and no/100 Dollars ($420,000.00) less Two Hundred Thirty-

Four Five Hundred Thirty-Four and 91/100 Dollars ($234,534.91) or a total of One Hundred Eighty-five Thousand Four Hundred Sixty-Five Dollars and Nine Cents ($185,465.09), plus post-judgment interest at the maximum rate available under Illinois law, for which let execution issue.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any and all other claims that may have been asserted by Plaintiff against Defendants in this action are hereby merged into this Consent and Final Judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendants shall cooperate with Plaintiff, and provide any and all reasonable and proper discovery requested by Plaintiff, including, but not limited to, discovery concerning the financial condition, and ability to pay the Final Judgment by Defendant.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction over Defendants and this action for all purposes, including, but not limited to, the enforcement of this Final Judgment.

**DONE AND ORDERED** in Chambers in Chicago, Illinois, this 25th day of June , 2009.

ENTER:

UNITED STATES DISTRICT
COURT JUDGE